DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. DAVIS

No. 394P84.

Case below: 66 N.C. App. 137.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 28 August 1984.

STATE v. ELLIOTT

No. 408P84.

Case below: 69 N.C. App. 89.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 28 August 1984.

STATE v. FOWLER

No. 348P84.

Case below: 68 N.C. App. 564.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

STATE v. GARY

No. 326P84.

Case below: 68 N.C. App. 357.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

STATE v. GOFORTH

No. 301P84.

Case below: 67 N.C. App. 537.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 28 August 1984.